SEFFIE A. PRIOR, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.; Shearn, J., dissented.

ALBERT JONES, Respondent, v. RODGERS & HAGERTY, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict with respect to defendant's negligence and plaintiff's freedom from contributory negligence is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

J. MONROE COLEMAN, Respondent, v. ABRAHAM STEIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

EASTERN ASPHALT PAVING COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DELLIS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

WILLIAM BRAUN, Respondent, v. MAAS & WALDSTEIN COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

ERIC G. CARLSON and Another, as Administrators de Bonis Non, etc., Respondents, v. OLIN J. STEPHENS, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNETT SMORACK, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

MARGARET J. MILLER, Respondent, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

SAMUEL E. ROBINSON v. HATTIE E. RODGERS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 28th day of December, 1917. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GEORGE O. LORD v. UNITED STATES TRANSPORTATION COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GEORGE O. LORD v. UNITED STATES TRANSPORTATION COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CAESAR FRANCINI v. G. P. SHERWOOD AND COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNE WEINUS v. J. LEWIS WEINBURG.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.